**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-02522-REB

HENRY C. RENKEN,

    Applicant,

v.

RENE GARCIA, Warden,

    Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order On Application For Writ Of Habeas Corpus [Docket No. 17] of Judge Robert E. Blackburn entered on May 22, 2013 it is

**ORDERED** that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [1] filed September 21, 2012, is DENIED.  It is

**FURTHER ORDERED** that judgment shall enter in favor of the respondent and against the applicant.  It is

**FURTHER ORDERED** that this case is dismissed.

  Dated at Denver, Colorado this 23rd day of May, 2013.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/Edward P. Butler
                Edward P. Butler, Deputy Clerk